UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMELL D. TREADWELL, | } } } | CASE NO: 21-00928-TOM<br>CHAPTER 7 CASE |
| DEBTOR(S). | } | |

## CASE STATUS CHANGE

Clerk, United States Bankruptcy Court
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, Alabama 35203

---

Pursuant to Bankruptcy Rule 2002(e), the original notice of the meeting of creditors mailed in the above styled case provided that no claims should be filed because of the debtor's schedules described no assets from which dividends could be generated. Since then, I discovered property of the estate which I will reduce to cash. After payment of administrative expenses, it appears there will be a distribution to unsecured creditors. I suggest, therefore, that creditors be notified to file proofs of claims at this time.

/s/ André M. Toffel, Trustee
André' M. Toffel, Trustee

cc: Bankruptcy Administrator