| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 21-00928-TOM7<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Mon Nov 15 14:25:39 CST 2021 | ALABAMA STATE EMPLOYEES CREDIT UNION<br>C/O CHAMBLESS MATH & CARR, PC<br>PO BOX 230759<br>MONTGOMERY, AL 36123-0759 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| ASE Credit Union<br>Post Office Box 231150<br>Montgomery, AL 36123-1150 | (p)TRITON MANAGEMENT GROUP<br>P O BOX 241525<br>MONTGOMERY AL 36124-1525 | American Esoteric Laboratories<br>Post Office Box 144225<br>Austin, TX 78714-4225 |
| Big Picture Loans LLC<br>Post Office Box 704<br>Watersmeet, MI 49969-0704 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Easy Money<br>P O Box 535<br>Dublin, OH 43017-0535 |
| IC System<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lendmark Financial Services<br>2118 Usher Street Ste 200<br>Conyers, GA 30094 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Andre' M Toffel<br>Andre' M Toffel, PC<br>450A Century Park South<br>Suite #206A<br>Birmingham, AL 35226 |
| George Babakitis<br>2031 2nd Avenue North<br>Birmingham, Al 35203-3703 | J. Thomas Corbett<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Jamell Davon Treadwell<br>513 9th Ter<br>Pleasant Grove, AL 35127-1563 |
| Lloyd W. Gathings<br>Gathings Law<br>2140 11th Avene So<br>Ste 210<br>Birmingham, AL 35205-2840 | Oscar W Adams III<br>Adams Law, PC<br>413 16th Street North<br>Birmingham, AL 35203-1928 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Always Money<br>1516 9th Avenue N Ste 116<br>Bessemer, AL 35020-5725 | Internal Revenue Service<br>Post Office Box 69<br>Memphis, TN 38101 | Lendmark Financial Services, LLC<br>2118 Usher Street NW<br>Covington, Ga. 30014 |
| Upgrade Inc.<br>2 North Central Avenue<br>Phoenix, AZ 85004 | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    0<br>Total                 19 | |