# EXHIBIT A

Gathings & Associates
2140 11th Avenue South
Suite 210
AL 35205

# Statement

| Date |
|---|
| 11/15/2021 |

**To:**
Jamell Treadwell
513 9th Terrace
Pleasant Grove, AL 35127

| Amount Due | Amount Enc. |
|---|---|
| $13,472.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/18/2016 | Filing fee <br> --- Account Receivable $516.37 | 516.37 | 516.37 |
| 11/24/2016 | Service Process Elite <br> --- Account Receivable $200.00 | 200.00 | 716.37 |
| 02/08/2017 | Medical Records <br> --- Account Receivable $20.00 | 20.00 | 736.37 |
| 02/10/2017 | Subpoena <br> --- Account Receivable $19.98 | 19.98 | 756.35 |
| 02/10/2017 | Subpoena <br> --- Account Receivable $19.98 | 19.98 | 776.33 |
| 02/10/2017 | Subpoena <br> --- Account Receivable $19.98 | 19.98 | 796.31 |
| 02/25/2017 | Medical Records <br> --- Account Receivable $30.50 | 30.50 | 826.81 |
| 03/09/2017 | Amended Complaint <br> --- Account Receivable $11.00 | 11.00 | 837.81 |
| 03/29/2017 | Process Server <br> --- Account Receivable $80.00 | 80.00 | 917.81 |
| 05/23/2017 | Deposition 6959 <br> --- Account Receivable $406.60 | 406.60 | 1,324.41 |
| 07/10/2017 | Certified Mail <br> --- Account Receivable $52.35 | 52.35 | 1,376.76 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,167.23 | 11,304.85 | 0.00 | 0.00 | 0.00 | $13,472.08 |

Gathings & Associates
2140 11th Avenue South
Suite 210
AL 35205

# Statement

| Date |
|---|
| 11/15/2021 |

**To:**
Jamell Treadwell
513 9th Terrace
Pleasant Grove, AL 35127

| | Amount Due | Amount Enc. |
|---|---|---|
| | $13,472.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/25/2017 | Subpoena<br>--- Account Receivable $13.00 | 13.00 | 1,389.76 |
| 10/17/2017 | Medical Records<br>--- Account Receivable $11.49 | 11.49 | 1,401.25 |
| 10/18/2017 | Medical Records<br>--- Account Receivable $10.00 | 10.00 | 1,411.25 |
| 10/24/2017 | Medical Records<br>--- Account Receivable $6.50 | 6.50 | 1,417.75 |
| 02/14/2018 | Copies 180569SO<br>--- Account Receivable $239.97 | 239.97 | 1,657.72 |
| 05/23/2018 | Deposition 233729<br>--- Account Receivable $304.05 | 304.05 | 1,961.77 |
| 06/12/2018 | Deposition 18335<br>--- Account Receivable $825.58 | 825.58 | 2,787.35 |
| 06/12/2018 | Deposition 18367<br>--- Account Receivable $533.77 | 533.77 | 3,321.12 |
| 06/12/2018 | Deposition 18347<br>--- Account Receivable $184.80 | 184.80 | 3,505.92 |
| 06/28/2018 | Deposition 18513<br>--- Account Receivable $828.37 | 828.37 | 4,334.29 |
| 07/06/2018 | Subpoena<br>--- Account Receivable $20.09 | 20.09 | 4,354.38 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,167.23 | 11,304.85 | 0.00 | 0.00 | 0.00 | $13,472.08 |

# Statement

Gathings & Associates
2140 11th Avenue South
Suite 210
AL 35205

Date: 11/15/2021

**To:**
Jamell Treadwell
513 9th Terrace
Pleasant Grove, AL 35127

| Amount Due | Amount Enc. |
|---|---|
| $13,472.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/11/2019 | Postage<br>--- Account Receivable $28.30 | 28.30 | 12,922.33 |
| 07/11/2019 | Subpoena<br>--- Account Receivable $11.00 | 11.00 | 12,933.33 |
| 07/11/2019 | Subpoena<br>--- Account Receivable $13.00 | 13.00 | 12,946.33 |
| 07/25/2019 | Subpoena<br>--- Account Receivable $13.00 | 13.00 | 12,959.33 |
| 09/28/2019 | Subpoena<br>--- Account Receivable $19.98 | 19.98 | 12,979.31 |
| 09/28/2019 | Subpoena<br>--- Account Receivable $19.98 | 19.98 | 12,999.29 |
| 09/28/2019 | Subpoena<br>--- Account Receivable $19.98 | 19.98 | 13,019.27 |
| 09/28/2019 | Subpoena<br>--- Account Receivable $19.98 | 19.98 | 13,039.25 |
| 09/28/2019 | Sunpoena<br>--- Account Receivable $19.98 | 19.98 | 13,039.25 |
| 10/01/2019 | Postage and Delivery<br>--- Postage and Delivery $1.45 | 1.45 | 13,040.70 |
| 10/03/2019 | Notice of Appeal<br>--- Account Receivable $298.00 | 298.00 | 13,338.70 |
| 10/18/2019 | Deposition<br>--- Account Receivable $22.80 | 22.80 | 13,361.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,167.23 | 11,304.85 | 0.00 | 0.00 | 0.00 | $13,472.08 |

Gathings & Associates
2140 11th Avenue South
Suite 210
AL 35205

# Statement

| Date |
|---|
| 11/15/2021 |

**To:**
Jamell Treadwell
513 9th Terrace
Pleasant Grove, AL 35127

| Amount Due | Amount Enc. |
|---|---|
| $13,472.08 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/18/2019 | Postage<br>--- Account Receivable $0.50 | 0.50 | 13,362.00 |
| 12/18/2019 | Deposition #7539<br>--- Account Receivable $110.08 | 110.08 | 13,472.08 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,167.23 | 11,304.85 | 0.00 | 0.00 | 0.00 | $13,472.08 |