IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Jamell D. Treadwell, | ) | CASE #21-00928-TOM-7 |
| | ) | |
| DEBTOR(S). | ) | |

## ORDER

This matter came before this Court on January 10, 2022 on the Final Application for Compensation of Special Counsel for Trustee (Docket #29) Appearances were noted in the record.

The Bankruptcy Attorney has filed a Statement of Review with the Court indicating his review of the Application for Compensation and has recommended that the compensation sought, and the expenses sought be paid.

The Court has reviewed the Application for Compensation and its request for reimbursement of expenses and finds that same were reasonably necessary in the representation of the Trustee by the applicant and that same is due to be **GRANTED**.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Final Application for Compensation of Oscar W. Adams III and Lloyd W. Gathings, special counsel for the Trustee is hereby approved and the Trustee is directed to pay to Oscar W. Adams III and Lloyd W. Gathings, the sum of $33,498.65, composed of $27,667.57 of compensation and $5,831.08 of actual and necessary expenses.

It is hereby done and ordered this the 11th day of January, 2022.

Dated: January 11, 2022

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

This Order prepared by:
André M. Toffel, Trustee
450A Century Park South, #206A
Birmingham, AL 35226
(205) 252-7115