# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−2 | User: admin | Date Created: 1/11/2022 |
| Case: 21−00928−TOM7 | Form ID: pdfall | Total: 23 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Andre' M Toffel | trustee@toffelpc.com |
| ba | J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov |
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | George Babakitis | gbabakitis@aol.com |
| aty | Leonard N Math | noticesnd@chambless−math.com |
| aty | Lloyd Weaver Gathings, II | lgathings@gathingslaw.com |
| aty | Oscar W Adams, III | oscaradamsiii@bellsouth.net |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jamell Davon Treadwell | 513 9th Ter | Pleasant Grove, AL 35127 | |
| cr | ALABAMA STATE EMPLOYEES CREDIT UNION | C/O CHAMBLESS MATH & CARR, PC | PO BOX 230759 | MONTGOMERY, AL 36123−0759 |
| sp | Lloyd W. Gathings | Gathings Law | 2140 11th Avene So | Ste 210 | Birmingham, AL 35205 |
| sp | Oscar W Adams, III | Adams Law, PC | 413 16th Street North | Birmingham, AL 35203 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 10652652 | ASE Credit Union | Post Office Box 231150 | Montgomery, AL 36123 | |
| 10652654 | Always Money | 1516 9th Avenue N Ste 116 | Bessemer, AL 35020−5725 | |
| 10652655 | American Esoteric Laboratories | Post Office Box 144225 | Austin, TX 78714 | |
| 10652656 | Big Picture Loans LLC | Post Office Box 704 | Watersmeet, MI 49969 | |
| 10678378 | Capital One Bank (USA), N.A. | by American InfoSource as agent | PO Box 71083 | Charlotte, NC 28272−1083 |
| 10652657 | Easy Money | P O Box 535 | Dublin, OH 43017 | |
| 10652658 | IC System | PO Box 64437 | Saint Paul, MN 55164−0437 | |
| 10652653 | Internal Revenue Service | Post Office Box 69 | Memphis, TN 38101 | |
| 10652659 | Lendmark Financial Services | 2118 Usher Street Ste 200 | Conyers, GA 30094 | |
| 10673802 | Lendmark Financial Services, LLC | 2118 Usher Street NW | Covington, Ga. 30014 | |
| 10652660 | Upgrade Inc. | 2 North Central Avenue | Phoenix, AZ 85004 | |

TOTAL: 16