IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN THE MATTER OF: )
)
Jamell Davon Treadwell, ) CASE #21-00928-TOM-7
)
  DEBTOR(S). )

## ORDER APPROVING
## TRUSTEE'S FINAL COMPENSATION AND EXPENSES

This matter came on for hearing on April 6, 2022 on Trustee's Final Report and Account and Application for Final Compensation and Reimbursement of Expenses, with proper notice having been given. Appearances at the hearing were noted on the record.

The Court notes that the Office of the Bankruptcy Administrator filed a Statement of Review wherein he recommended approval of the Trustee's Final Report and Account and Application for Compensation in the amount of $5,025.13 and recommended the full amount of reimbursement of expenses in the amount of $0.00, for a total of $5,025.13.

The Court notes that no objections were filed in opposition to the said Trustee's Final Report and Account and Application and none were voiced at the hearing.

Based upon the foregoing, the Court having considered argument and pleadings; and it appearing to the Court that the Trustee's Application for Final Compensation and Expenses is due to be **APPROVED**; now therefore,

It is **ORDERED, ADJUDGED and DECREED** that the Trustee's Application for Compensation in the amount of $5,025.13 and Reimbursement of Expenses in the amount of $0.00 for a total of $5,025.13 shall be and hereby is **APPROVED** and shall be paid.

Dated: April 6, 2022            /s/ Tamara O. Mitchell
                                          TAMARA O. MITCHELL
                                          United States Bankruptcy Judge

This Order prepared by:
André M. Toffel, Trustee
450A Century Park South, #206A
Birmingham, AL 35226

(205) 252-7115