# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 4/6/2022
Case: 21–00928–TOM7  Form ID: pdf000  Total: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Andre' M Toffel | trustee@toffelpc.com |
| ba | J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov |
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| aty | George Babakitis | gbabakitis@aol.com |
| aty | Leonard N Math | noticesnd@chambless–math.com |
| aty | Lloyd Weaver Gathings, II | lgathings@gathingslaw.com |
| aty | Oscar W Adams, III | oscaradamsiii@bellsouth.net |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jamell Davon Treadwell | 513 9th Ter    Pleasant Grove, AL 35127 |
| cr | ALABAMA STATE EMPLOYEES CREDIT UNION | C/O CHAMBLESS MATH & CARR, PC    PO BOX 230759    MONTGOMERY, AL 36123–0759 |
| sp | Lloyd W. Gathings | Gathings Law    2140 11th Avene So    Ste 210    Birmingham, AL 35205 |
| sp | Oscar W Adams, III | Adams Law, PC    413 16th Street North    Birmingham, AL 35203 |
| smg | Thomas Corbett | BA Birmingham    1800 5th Avenue North    Birmingham, AL 35203 |
| 10652652 | ASE Credit Union | Post Office Box 231150    Montgomery, AL 36123 |
| 10652654 | Always Money | 1516 9th Avenue N Ste 116    Bessemer, AL 35020–5725 |
| 10652655 | American Esoteric Laboratories | Post Office Box 144225    Austin, TX 78714 |
| 10652656 | Big Picture Loans LLC | Post Office Box 704    Watersmeet, MI 49969 |
| 10678378 | Capital One Bank (USA), N.A. | by American InfoSource as agent    PO Box 71083    Charlotte, NC 28272–1083 |
| 10652657 | Easy Money | P O Box 535    Dublin, OH 43017 |
| 10652658 | IC System | PO Box 64437    Saint Paul, MN 55164–0437 |
| 10652653 | Internal Revenue Service | Post Office Box 69    Memphis, TN 38101 |
| 10652659 | Lendmark Financial Services | 2118 Usher Street Ste 200    Conyers, GA 30094 |
| 10673802 | Lendmark Financial Services, LLC | 2118 Usher Street NW    Covington, Ga. 30014 |
| 10652660 | Upgrade Inc. | 2 North Central Avenue    Phoenix, AZ 85004 |

TOTAL: 16